**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **ANTHONY JOSEPH GRIER** | ) | **CASE NO. 18-30555** |
| | ) | **Chapter 13** |
| | ) | |
| **Debtor.** | ) | |
| _____ | ) | |

NOTICE OF WITHDRAWAL OF DOCUMENT

COMES NOW DEBTOR, by and through his Attorney, to withdraw the **OBJECTION TO CLAIM #3** filed on **May 28, 2020 and docketed as Document # 60**.

This the 14th day of September, 2020.

/s/ David W. Hands_____
David W. Hands, Bar No. 28560
Hands Law Office, PLLC
3558 N. Davidson Street
Charlotte, NC 28205
(704) 28-7976 Phone
(704) 248-2866 Fax
dhands@handslawonline.com

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing on the parties in interest either Electronically or by depositing copies of same in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed, addressed to the parties listed herein below.

| | |
|---|---|
| Bankruptcy Administrator | Via Electronic Case Filing |
| Warren L. Tadlock<br>Chapter 13 Trustee | Via Electronic Case Filing |

Rick D. Lail
Attorney for MTGLQ Investors, LP
PO Box 30081
Charlotte, NC 28230-0081

This the 14th day of September, 2020.

/s/ David W. Hands_____
David W. Hands, Bar No. 28560
Hands Law Office, PLLC
3558 N. Davidson Street
Charlotte, NC 28205
(704) 248-7976 Phone
(704) 248-2866 Fax
dhands@handslawonline.com