# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF NORTH CAROLINA

PDF FILE WITH AUDIO ATTACHMENT

18−30555

Anthony Joseph Grier

---

| | |
|---|---|
| Case Type : | bk |
| Case Number : | 18−30555 |
| Case Title : | Anthony Joseph Grier |
| Audio Date\Time: | 02/20/2024 10:23:59 AM |

---

**Help using this file:**

```
An audio file is embedded as an attachment
in this PDF document. To listen to the file,
click the Attachment tab or Paper Clip icon.
Select the Audio File and click Open.
```

This digital recording is a copy of a court proceeding and is provided as
a convenience to the public.   In accordance with 28 U.S.C. § 753(b)
"[n]o transcripts of the proceedings of the court shall be considered as
official except those made from the records certified by the reporter or
other individual designated to produce the record."