

FILED & JUDGMENT ENTERED
Steven T. Salata

May  9  2024

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



*Laura T Beyer*

Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

IN RE:

    Anthony Joseph Grier

    SSN#: XXX-XX-4850

Chapter 13

CASE NO:  18-30555

Related Document #:141

## ORDER

ON 05/07/2024,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan for payment default and plan duration

DAVID W HANDS Present

    **AND, THIS COURT FINDS AND CONCLUDES** that:

Plan payments are in substantial default.

Debtor can resume payments May 2024.

    **IT IS, THEREFORE, ORDERED** that:

Plan payments are to resume at/to be changed to $3,410.00 per month.

Plan composition percentage is set at 100%.

Attorney for debtor allowed presumptive, non-base fee of $200.00.

Motion is denied.

This Order has been signed electronically.
The Judge's signature and Court's seal
appear at the top of the Order.

United States Bankruptcy Court