

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:                                                                  Chapter 13

Anthony Joseph Grier                                      CASE NO: 18-30555
                                                                           Related Docket #: 169
SSN#: XXX-XX-4850

**ORDER**

ON 09/25/2024, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan for payment default and plan duration

DAVID W HANDS Present

**AND, THIS COURT FINDS** that:

Plan payments are in substantial default.

Debtor can resume payments October 2024.

**IT IS, THEREFORE, ORDERED** that:

Plan payments are to resume at/to be changed to **$4,100.00** per month.

Plan composition percentage is set at **100%**.

Attorney for debtor allowed presumptive, non-base fee of **$200.00**.

Motion to Dismiss is denied.

This Order has been signed electronically,
pursuant to administrative order of the Court.
Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY COURT JUDGE

{:20240925162716:}