**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:  
Anthony Joseph Grier

CASE NO: 18-30555

Related Document #: 171

SSN#: XXX-XX-4850

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served each party or counsel of record indicated on the list below with a copy of the Order Trustee Motion Dismiss/Convert/Modify that was filed with the Clerk of Court on 09/26/2024 via the CM/ECF filing system. Non-ECF users were served by depositing in the United States mail a copy of the same in a properly addressed envelope with first class postage thereon. ECF users were served electronically.

Service Date: 9/28/2024

S. Sloan  
Office of the Chapter 13 Trustee

Anthony Joseph Grier, 5426 Dolphin Lane, Charlotte, NC 28215  
DAVID W HANDS (served electronically)

Total Served: 2